**Ronald BECTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 63768.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 28, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 14, 1994.

Application to Transfer Denied March 22, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error. Rule 24.035(j); Rule 84.16(b)(2). We further find an opinion in this matter would have no precedential value and affirm by written order. Rule 84.16(b). We have provided a memorandum to the parties for their use only.